UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08CR151 |
| | ) | |
| v. | ) | |
| | ) | Judge Michael T. Mason |
| JELIL ADAMS | ) | |

## DETENTION ORDER

The government has moved to detain defendant Jelil Adams pending trial of this matter, pursuant to 18 U.S.C. § 3142 on the grounds that he is a serious risk of flight and that there are no conditions or combination of conditions that will reasonably assure his appearance. On March 3, 2008, the Court heard argument from the parties on the government's motion. Upon consideration of the arguments, and of the information presented in the report prepared by Pretrial Services, the Court orally granted the government's motion for detention and provided a thorough explanation of its reasoning. In this order, the Court briefly summarize the reasons for that ruling.

1. In determining whether to detain Mr. Adams, the Court considered the nature and circumstances of the offense charged; the weight of the evidence; and Mr. Adams' history and characteristics. 18 U.S.C. § 3142(g).

2. Mr. Adams is charged with conspiracy to commit offenses against the United States, namely to knowingly and with intent to defraud traffic and use one or more unauthorized access devices, namely stolen bank account information, during any one year period, and by such conduct obtain things of value aggregating $1,000 or more during that

period thereby affecting interstate commerce, in violation of Title 18 United States Code, Section 1029(a)(2) and (b)(2). The Court found that the nature and circumstances of the offense charged weighed in favor of detention because the allegations in the indictment suggest that Mr. Adams presents a potential economic danger to the community. § 3142(g)(4).

3. The Court also considered and discussed Mr. Adams' personal characteristics. According to the Pretrial Services report, Mr. Adams is a native and citizen of Nigeria and entered the United States on February 21, 2007 on a visa from Nigeria. The visa expired on July 20, 2007. Because this visa has expired and has not been renewed, Mr. Adams may no longer be in this country legally, and thus he presents a significant risk of non-appearance at future proceedings.

4. Additionally, Mr. Adams has significant ties to Nigeria, including his parents and six siblings, with whom he continues to contact regularly. Mr. Adams also has limited ties to the United States, specifically, he has no family in this country, no current employment and no property or other connections to this district.

5. Based on the foregoing considerations, the Court finds that the government has proven by a preponderance of the evidence that Mr. Adams poses a serious risk of flight and that no condition or combination of conditions of release would reasonably assure against that risk.

ACCORDINGLY, IT IS HEREBY ORDERED that Jelil Adams remain committed to the custody of the Attorney General for confinement in a corrections facility until the resolution of this case or until further order of the Court.

IT IS FURTHER ORDERED that Mr. Adams shall be afforded reasonable opportunity for private consultation with counsel.

IT IS FURTHER ORDERED that on order of a United States Court or upon request of an attorney for the government, Mr. Adams shall be delivered to a United States Marshal for the purposes of an appearance in connection with a court proceeding, trial preparation, or other compelling reason.

ENTER:

Michael T. Mason
United States Magistrate Judge

Dated: March 4, 2008