RECEIVED
MAY 12 2008
JUDGE ELAINE E. BUCKLO
UNITED STATES DISTRICT COURT

FILED
5-20-2008
MAY 20 2008

08CR151
Judge Bucklo
United States District Court

08cr151-4
USA v. Jelil Adams
MHN
05-08-2008

Honourable Judge Bucklo, Good day ma,

My Name is Jelil-Adams #22572-424. I have a pending case with case no 08CR0151 in your Court room. Your honour, In the previous Court proceedings, I was represented by Counsel Mr Charles A. Boyle. Your honour, Unfortunately for me my funds are depleted and I can no longer afford to retain Counsel Mr Boyle.

However, Your honour I had spoken to another Counsel whom her name is Andrea Gambino whom am comfortable with, your honour. But I like I stated your honour my funds are depleted and can not afford to pay her any longer. And if its within the power of your honour, Can I please have Andrea Gambino as my legal representative?

Your honour mam, I would appreciate it if these request is granted for me your honour. May the Almighty God bless you and your family mam. Thank you for taking the time to read these letter. Your honour.

God bless you mam.
(Amen).

Jelil-Adams
#22572-424

Changes Plea 6/30
D likes to have
her retained counsel
appointed

Jerry Adams # 20572-424
Metropolitan Correctional Center
7-W Van Buren
Chicago, IL 60605

CHICAGO IL 606
04 MAY 2008 PM 8 T

HONORABLE E. BUCKLO
219 South Dearborn
Chicago, IL 60605