# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                    Case No.: 1:08−cr−00151

                                                                              Honorable Elaine E. Bucklo

James Arikpo, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo: as to Jelil Adams; Status hearing held on 6/16/2008. Defendant's motion for new counsel [29] is entered and continued to 7/3/2008 at 10:00 A.M. Change of plea hearing set for 6/30/2008 is stricken. Time from this day through 7/3/2008 is excluded for plea negotiations and to obtain counsel pursuant to 18:3161 (h)(8)(B)(iv). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.