# United States District Court, Northern District of Illinois

MAGISTRATE JUDGE MASON

07 GJ 1169

| Name of Assigned Judge or Magistrate Judge | JUDGE BUCKLO | Sitting Judge If Other than Assigned Judge | MAGISTRATE JUDGE COX |
|---|---|---|---|
| CASE NUMBER | 08 CR 0151 | DATE | JULY 31, 2008 |
| CASE TITLE | US v. JAMES ARIKPO, BILLI ALAKA & JELIL ADAMS | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

### GRAND JURY PROCEEDING

The Grand Jury for the _____ SPECIAL JUNE 2007 _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

DOCKET ENTRY:

BOND SET IN 08 CR 151 TO STAND AS BOND IN THIS INSTANCE AS TO JAMES ARIKPO. WARRANT ISSUED 21 FEBRUARY 2008, THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO BILLI ALAKA. DEFENDANT IS A FUGITIVE. DETENTION ORDER PREVIOUSLY ISSUE IN 08 CR 151 TO STAND AS TO JELIL ADAMS.

**RECEIVED**

JUL 31 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                  UNDER SEAL)

| | | | Number of notices | DOCKET # |
|---|---|---|---|---|
| No notices required, advised in open court. | | | Date docketed | |
| No notices required. | | | Docketing dpty. initials | |
| Notices mailed by judge's staff. | | | | |
| Notified counsel by telephone. | | | Date mailed notice | |
| Docketing to mail notices | | | | |
| Mail AO 450 form. | | | Mailing dpty. initials | |
| Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | | | |