# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 151 - 4 | **DATE** | 8/12/2008 |
| **CASE TITLE** | USA vs. Adams | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held. Defendant having waived the formal reading of the superseding indictment, entered a plea of guilty to counts 1, 7,8 and 9. Defendant was informed of his rights. Judgment of guilty entered on counts 1,7,8 and 9. Any remaining count to be dismissed on government's motion at the time of sentencing. The cause is referred to the probation department for the preparation of a presentence investigation report. Any objection to the PSI report, and motion will be due by 10/27/08; and response by 11/3/08. Sentencing set for 11/7/08 at 10:30 a.m. NO Plea Agreement filed.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|