AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
## Northern District of Illinois
### Eastern Division

United States of America             **WARRANT FOR ARREST**

v.

Jelil Adams             Case Number: 08 CR 151-4

To:    The United States Marshal
       And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Jelil Adams** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**[Indictment]**    Information    Complaint    Order of court    Violation Notice    Probation    Violation Petition

charging him or her with:    **Attempts to Commit an Offense**

in violation of Title 18 United States Code, Section(s) 1029(b)(2)

FILED
8-29-08
AUG 2 9 2008

Marsha E. Glenn Issuing Officer      Deputy Clerk

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

_____
Signature of Issuing Officer

February 22, 2008; Chicago, Illinois

Bail fixed at $ _____

_____, Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at /Postal/ 2/22/08 Arrested by US Postal |
| Date Received 2/23/08    Name and Title of Arresting Officer    Signature of Arrest Officer /Service/ |
| Date of Arrest |